UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:07CR73 |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| ALVIN JOSEPH ROSS, JR. | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment herein without prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to transmit this Order by electronic transmission to the U.S. Attorney's Office, defense counsel, the U.S. Probation Office, and the U.S. Marshal's Office.

Signed: November 8, 2007

Lacy H. Thornburg
United States District Judge